Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 3,380,987
Registered Feb. 12, 2008

SERVICE MARK
PRINCIPAL REGISTER

# PRIDE HOUSTON

PRIDE HOUSTON, INC. (TEXAS CORPORATION)
1415 CALIFORNIA ST., SUITE 100
HOUSTON, TX 77006

FOR: PROMOTING PUBLIC AWARENESS OF THE NEED FOR DIVERSITY AND EQUAL RIGHTS IN OUR COMMUNITY AS WELL AS TO COMMEMORATE AND CELEBRATE THE HISTORY OF THE GAY AND LESBIAN COMMUNITY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-31-2006; IN COMMERCE 10-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,514,587.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOUSTON", APART FROM THE MARK AS SHOWN.

SER. NO. 77-203,372, FILED 6-11-2007.

SUSAN STIGLITZ, EXAMINING ATTORNEY

Exhibit 2