# United States of America
## United States Patent and Trademark Office

## HOUSTON PRIDE FESTIVAL

**Reg. No. 5,313,882**
**Registered Oct. 17, 2017**
**Int. Cl.: 35**
**Service Mark**
**Supplemental Register**

Pride Houston, Inc. (TEXAS CORPORATION)
P. O. Box 541713
Houston, TEXAS 77254

CLASS 35: promoting public awareness of the need for diversity and equal rights in our community as well as to commemorate and celebrate the history of the gay and lesbian community

FIRST USE 4-25-2015; IN COMMERCE 4-25-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PRIDE FESTIVAL"

SER. NO. 87-034,196, FILED P.R. 05-12-2016; AM. S.R. 08-22-2017



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Exhibit 3