# United States of America
## United States Patent and Trademark Office

# HOUSTON LGBT PRIDE CELEBRATION

**Reg. No. 5,732,151**

**Registered Apr. 23, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Pride Houston, Inc. (TEXAS CORPORATION)
P. O. Box 66071
Houston, TEXAS 77266

CLASS 35: promoting public awareness of the need for diversity and equal rights in our community as well as to commemorate and celebrate the history of the gay and lesbian community

FIRST USE 9-1-2009; IN COMMERCE 9-1-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4100413

No claim is made to the exclusive right to use the following apart from the mark as shown: "LGBT PRIDE CELEBRATION"

SEC.2(F)

SER. NO. 88-077,017, FILED 08-14-2018

*[Signature]*

Director of the United States
Patent and Trademark Office

Exhibit 5