# United States of America
## United States Patent and Trademark Office

# PRIDE HOUSTON CELEBRATION

**Reg. No. 6,530,464**  
**Registered Oct. 19, 2021**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Register**

Pride Houston, Inc. (TEXAS CORPORATION)  
401 Branard St., #100  
Houston, TEXAS 77006

CLASS 35: Promoting public awareness of the need for diversity and equal rights in a community comprising gay, lesbian, bisexual, transsexual, queer, intersex, asexual and questioning persons as well as promoting public awareness of the need to commemorate and celebrate the history of the gay and lesbian community

FIRST USE 6-26-1978; IN COMMERCE 6-26-1978

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 90-448,502, FILED 01-05-2021







Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



Exhibit 6