FILED
In the Office of the
Secretary of State of Texas

MAR 09 2005

Corporations Section

# ARTICLES OF AMENDMENT
## OF
## PRIDE COMMITTEE OF HOUSTON, INC.

### ARTICLE I

### NAME

The name of the corporation is Pride Committee of Houston, Inc.

### ARTICLE II

### AMENDEMENT

The following amendment was adopted at a meeting of the Board of Directors held on January 4, 2005, at which there was a quorum. The amendment received a vote of the majority of the directors in office, there being no members having voting rights in respect thereof.

ARTICLE I of the Articles of Incorporation is amended in its entirety so that, as amended, ARTICLE I shall read as follows:

"ARTICLE I

NAME

The Name of the Corporation is Pride Houston, Inc."

DATED: March 1, 2005

_____
Richard H. Dickerson, Secretary

Exhibit 7