| Form 202 |  | Filed in the Office of the Secretary of State of Texas Filing #: 805140557 07/13/2023 Document #: 1266586470002 Image Generated Electronically for Web Filing |
|---|---|---|
| Secretary of State P.O. Box 13697 Austin, TX 78711-3697 FAX: 512/463-5709 Filing Fee: $25 | **Certificate of Formation Nonprofit Corporation** | |

### Article 1 - Corporate Name

The filing entity formed is a nonprofit corporation. The name of the entity is :

**The New Faces of Pride**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**lori   hood**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**2900 North Loop West, Suite 500   Houston TX  77092**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Management

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

OR

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

| Director 1: **bryan    cotton** | Title: **Director** |
|---|---|
| Address: **5706 Pampero Lane    Houston  TX, USA  77092** | |
| Director 2: **donald    james** | Title: **Director** |
| Address: **5706 Pampero Lane    Houston  TX, USA  77092** | |
| Director 3: **jill    maxwell** | Title: **Director** |
| Address: **5706 Pampero Lane    Houston  TX, USA  77092** | |

### Article 4 - Organization Structure

☐ A. The corporation will have members.

or

☑ B. The corporation will not have members.

### Article 5 - Purpose

The corporation is organized for the following purpose or purposes:

**Any purpose authorized by law including but not limited to the pursuit of social, educational, or charitable objectives**

*Exhibit 8*

| Supplemental Provisions / Information |
|---|
| [The attached addendum, if any, is incorporated herein by reference.] |
| **Effectiveness of Filing** |
| ☑ A. This document becomes effective when the document is filed by the secretary of state. |
| **OR** |
| ☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: |
| **Initial Mailing Address** |
| Address to be used by the Comptroller of Public Accounts for purposes of sending tax information. |
| The initial mailing address of the filing entity is:<br>**2900 North Loop West Suite 500**<br>**houston, tx 77092**<br>**USA** |
| **Organizer** |
| The name and address of the organizer are set forth below.<br>**Lori Hood          2900 North Loop West Suite 500 Houston, Tx 77092** |
| **Execution** |
| The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument. |
| **Lori Hood**<br>Signature of organizer. |

FILING OFFICE COPY

Exhibit 8