| Form 424 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: See instructions | <br><br>**Certificate<br>of Amendment** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 805140557 09/12/2023<br>Document #: 1284263450007<br>Image Generated Electronically<br>for Web Filing |

### Entity Information

The filing entity is a: **Domestic Nonprofit Corporation**

The name of the filing entity is: **The New Faces of Pride**

The file number issued to the filing entity by the secretary of state is: **805140557**

### Amendment to Name

The amendment changes the formation document of the filing entity to change the article or provision that names the entity. The article or provision is amended to read as follows:

The name of the filing entity is:

**The New Faces of Pride Houston**

A letter of consent, if applicable, is attached.

### Statement of Approval

The amendment has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Texas Business Organizations Code to execute the filing instrument.

Date: **September 12, 2023**      **Bryan Cotton**
                                                            Signature of authorized person

FILING OFFICE COPY

*Exhibit 9*