**New Faces of Pride Houston** is at Houston Texans.

6h · Houston

To accompany your Sunday morning coffee 😎 Thank you OutSmart Magazine for the feature and thank you Houston for the opportunity to serve our community in the way it deserves!

"New Faces of Pride Houston has emerged in the wake of the ongoing dysfunction among Houston's Pride organizers. Bryan Cotton is the president and founder of this new endeavor, and he hopes that with the support of an experienced board of directors and the community at large, Houston Pride events will once again be an attractive destination for people all over the region."

Read the full article: https://www.outsmartmagazine.com/2023/10/pride-gets-a-new-look/

#Houston #NewFacesofPride #PrideHouston



outsmartmagazine.com
**Pride Gets a New Look**

 Like        Comment        Share

Exhibit 10
Page 1 of 9



Exhibit 10
Page 2 of 9

3:26 ...ll LTE

< New Faces of Pride Houston

Posts   About   Photos   Reels   More ▼



New Faces of Pride Houston is at Rich's Club.
2h · Houston

We're excited to be joined by the AIDS Healthcare Foundation who will be offering onsite free HIV testing and PrEP 🫶 #endthestigma

Are you RSVPd? Join us for our first ever kick-off event and meet the New Faces of Pride Houston 🌈



eventbrite.com

Home   Friends   Profile   Notifications   Menu

Exhibit 10
Page 3 of 9



**New Faces of Pride Houston**

Nonprofit organization
Our mission is to foster unity, inclusivity and empowerment within the diverse #LGBTQ+ community of Houston through year-round events and fundraising.
🔗 linktr.ee/NewFacesOfPride

| 5 | 223 | 155 |
|---|---|---|
| posts | followers | following |



**See full profile in the app**

Enjoy photos, videos and more from officialhoustonpride

**Get the Instagram app**

Not now

Exhibit 10
Page 4 of 9



Exhibit 10
Page 5 of 9



Exhibit 10
Page 6 of 9



Exhibit 10
Page 7 of 9



Exhibit 10
Page 8 of 9





Liked by **laurensalazarofficial** and 84 others

**newfacesofpridehouston** And just like that, the secret is out! The New Faces of Pride are eager and prepared to serve our community not only in June but year-round. To all the businesses and individuals who have already shown their appreciation and support, we extend our heartfelt thanks. Join us for our first event at ReBar, on November 9th at 6 p.m. We can't wait to meet you.

View all 7 comments

October 4

 **newfacesofpridehouston**
Houston, Texas



Exhibit 10
Page **9** of **9**