

Exhibit 13
Page 1 of 2



Exhibit 13
Page 2 of 2