

**HOUSTON PRIDE FESTIVAL AND HOUSTON PRIDE PARADE REGISTRATION**

The 46th annual Houston Pride Celebration will take place downtown at Houston City Hall, 901 Bagby St, on Saturday, June 29, 2024, in Houston, TX. This has been Houston's Premiere Event of the Pride Season for over 40+ years.

1. Create an account.
2. Reserve one or multiple Celebration Festival and/or Parade Spot(s).
3. Sign your Celebration Agreement
4. Submit important information and supporting documentation.
5. Pay your applicable registration fees.

Exhibit 14

THE OFFICIAL HOUSTON PRIDE CELEBRATION PARTICIPANT REGISTRATION FEES

6% PROCESSING FEE ADDED TO ALL REGISTRATION ENTRIES

|  | Houston Pride Festival® | | | Houston Pride Parade® | | |
|---|---|---|---|---|---|---|
|  | Early Registration < December 31 | Registration Jan 1 – April 30 | Late Registration May 1 – June 15 | Early Registration < December 31 | Registration Jan 1 – April 30 | Late Registration May 1 – June 15 |
| Local Non-Profit | $550 | $750 | $2500 | $550 | $750 | $2500 |
| Local For-Profit Small Businesses | $750 | $950 | | $750 | $950 | |
| Other | $900 | $1200 | | $900 | $1200 | |
| Food Trucks and/or Food Concession Stands | $1000 | $1200 | | | | |

# Required Documents

- Signed Celebration Agreement (Download & sign or request DocuSign at celebration@pridehouston.org. **Required for everyone.**
- Proof of Registration Class. (Proof of mission or purpose via website, social media profile, charter, article of incorporations, certificate of formation, bylaws, federal tax-exempt certificate, approved state tax-exempt form, etc.) **Required only for local businesses.**
- City of Houston Health Certificate for food and beverage handlers. **Required for anyone selling, giving away and/or handling foods and beverages that will be distributed during the festival.**
- Photo of Driver License - Front and Back. **Required for drivers of vehicles in the Parade. Present at check-in on Event Day.**
- Automobile Insurance for the individual identified by the Driver License. **Required for drivers of vehicles in the Parade. Present at check-in on Event Day.**
- General Commercial or Personal Liability Insurance in amounts not less than $500,000 USD per claim and $1,000,000 USD aggregate adding Pride Houston, Inc. and the City of Houston as additional insured(s). **Required for organizations & individuals "not" purchasing celebration insurance through the registration system.**

**Want To Become A Sponsor of the 2024 Houston Pride Celebration?** Sponsorship inquiries please email sponsorinquiry@pridehouston.org

**Refund Policy**

Exhibit 14




(/)

# 2023 Houston Pride Parade

Exhibit 14



Parade Map
(https://pridehouston365.org/wp-content/uploads/2023/10/Map.png)

## Our Sponsors & Partners

Exhibit 14