

Exhibit 15

## JOIN US FOR THE 2024 PARADE + FESTIVAL DOWNTOWN HOUSTON

June 22nd Parade + Festival
Fish Plaza, Wortham Theater
Downtown, Houston



COPYRIGHT © 2023 NEW FACES OF PRIDE HOUSTON - ALL RIGHTS RESERVED.

VOLUNTEER

2024 CELEBRATION