

Exhibit 17



### RE: 2024 Houston Pride Sponsorship Meeting

HI Kenda,

Yes, let's meet up.

We're very confused with "The New Faces…" org coming into the picture and emulating your programing. Def worth a conversation.

@Radick, Laura (CW - CW-Executive Assistant), can you get us time in the coming weeks?

**Aaron Slessinger**
Senior Director, PS Displays & Docks

aaron.slessinger@hp.com
M + 281-788-9998
HP Inc. Spring, TX
LinkedIn
he/him/his – what's this?

Admin Assistant
Laura Radick, laura.radick@hp.com



Exhibit 17



> I saw that on Facebook, it's it like a pride pride organization?

> I hadn't heard anything about them until today. Is that what Susan was referring to about another parade?

Exhibit 17



Exhibit 17



Exhibit 17



**CONTACT:** Marcellas Ball
Communications and Marketing Manager
(713) 800-0840
media@montrosecenter.org

**FOR IMMEDIATE RELEASE**
October 20, 2023

**(HOUSTON, TX)** – The Montrose Center is not partnering with any organization producing a Pride parade or festival in 2024. A recent announcement made by one such organization is incorrect. We are aware that there are several organizations across the Houston area, some established and some new, who are planning Pride events. We wish them well. We remain committed to empowering all LGBTQ individuals to live healthier, more fulfilling lives… our mission for the last 45 years.

###





48 likes

Over the weekend, ████ had the incredible honor of attending and performing at the Out For Good Gala hosted by our friends at the @montrosecenter 🤝 We look forward to our partnership. Thank you for all that you do!

Exhibit 17