## DECLARATION OF ERIK J. OSTERRIEDER

1. "My name is Erik J. Osterrieder, I am of sound mind, over twenty-one (21) years of age, have never been convicted of a felony or misdemeanor involving moral turpitude, and am personally acquainted with the facts herein stated and they are true and correct;

2. I am specifically familiar with the facts, law, and processes relating to the above referenced matter, and I have served as legal counsel for Pride Houston, Inc. since before the instant complaint was filed.

3. Attached to Plaintiff's Original Complaint and Application for Temporary Restraining Order, Temporary Injunction, Permanent Injunction, and Declaratory Action as Exhibit 19 is a true and correct copy of the Cease-and-Desist Letter addressed to Defendant, The New Faces of Pride Houston, Inc., transmitted on October 11, 2023.

4. Attached to Plaintiff's Original Complaint and Application for Temporary Restraining Order, Temporary Injunction, Permanent Injunction, and Declaratory Action as Exhibit 20 is a true and correct copy emails between myself and Lori Hood, on October 12, 2023, regarding the Cease and Desist Letter.

5. I declare under penalty of perjury that the foregoing is true and correct.

Further declarant sayeth not."

Executed on on the 25th day of October, 2023.

Erik J. Osterrieder (Oct 25, 2023 21:12 GMT+5)

Erik J. Osterrieder

1

Exhibit 18

# Declaration of EJO for Ex 18
**Final Audit Report**                                                                 2023-10-25

| | |
|---|---|
| Created: | 2023-10-25 |
| By: | Jamison Walters (jwalters@kmd.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAz4JrK8z2VZ-fXb1NOUcKt_sVC9N0W6Uv |

## "Declaration of EJO for Ex 18" History

📄 **Document created by Jamison Walters (jwalters@kmd.law)**
2023-10-25 - 4:04:39 PM GMT- IP address: 98.200.255.33

✉️ **Document emailed to Erik Osterrieder (eosterrieder@kmd.law) for signature**
2023-10-25 - 4:04:54 PM GMT

📄 **Email viewed by Erik Osterrieder (eosterrieder@kmd.law)**
2023-10-25 - 4:11:44 PM GMT- IP address: 203.104.26.202

✍️ **Document e-signed by Erik Osterrieder (eosterrieder@kmd.law)**
Signature Date: 2023-10-25 - 4:12:09 PM GMT - Time Source: server- IP address: 203.104.26.202

✅ **Agreement completed.**
2023-10-25 - 4:12:09 PM GMT

**Adobe Acrobat Sign**

Exhibit 18