**jwalters@kmd.law**

| | |
|---|---|
| **From:** | Lori Hood <lhood@mayerllp.com> |
| **Sent:** | Thursday, October 12, 2023 10:20 AM |
| **To:** | eosterrieder@kmd.law; bryancotton74@gmail.com |
| **Subject:** | RE: letter |

Eric, So happy to speak with you yesterday. While we do not agree with the allegations and conclusions in your letter, we do look forward to sitting down with you to discuss how both of these charities can do the most good for the community and Houston.  Given the events of the day, conflict between GLBTQ+ charities is ridiculous.   Let me know when you are available to discuss the marks.   Have a great day.



**LORI HOOD | PARTNER**
LLM-Taxation

2900 North Loop West• Suite 500 • Houston, TX 77092
W 713.487.2005 • C 832.367.3111
lhood@mayerllp.com • mayerllp.com

---

**From:** eosterrieder@kmd.law <eosterrieder@kmd.law>
**Sent:** Wednesday, October 11, 2023 3:42 PM
**To:** Lori Hood <lhood@mayerllp.com>; bryancotton74@gmail.com
**Subject:** letter

Dear The New Faces of Pride Houston,

Attached, please find a letter, and reach me with any questions and comments.

If you or someone else represents The New Faces of Pride Houston in this matter, Lori, then please let me know.  Thank you.

Regards,
Erik

Erik J. Osterrieder
*IP Attorney*



**KEARNEY, MCWILLIAMS & DAVIS**
**Houston:**  55 Waugh, Ste. 150, Houston, TX  77007
**San Antonio:**  40 NE Loop 410, Ste. 431, San Antonio, TX  78216
**Dallas/Fort Worth:**  1235 South Main, Ste. 280, Grapevine, TX  76051
**Denver:**  1625 Broadway, Ste. 2950, Denver, CO  80202
**Wyoming:**  110 S. Gould, 2nd Floor, Sheridan, WY  82801
Phone:  (713) 201-0303
Email:  ejo@kmd.law

NOTICE: This electronic message (including any attachments) contains information from Kearney, McWilliams & Davis that may contain privileged and confidential attorney work product or attorney/client communication meant only for an intended recipient.  If you are not the intended recipient, note that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you received this message in error, please notify the sender immediately and delete this message from your system.

Exhibit 20