United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pride Houston, Inc., | § § § § | |
| Plaintiff, | | |
| versus | § § § | Civil Action 4:23-4065 |
| The New Faces of Houston Pride, Inc., | § § § § | |
| Defendant. | | |

## Order Setting Hearing

A Zoom hearing on the plaintiff's application for a temporary restraining order is set for October 30, 2023, at 12:00 p.m. The plaintiff must promptly give notice of the hearing to the defendant and must also provide the court's case manager contact information for the defendant and defendant's counsel.

Signed on October 25, 2023, at Houston, Texas.

_____
Honorable Lee H. Rosenthal
United States District Judge