

United States Courts
Southern District of Texas
FILED

OCT 27 2023

Nathan Ochsner, Clerk of Court

October 27, 2023

Re: Case 4:23-cv-04065

Hon. Judge Rosenthal,

My name is Bryan Cotton, I am the founder and President of New Faces of Pride Houston, LLC. I was notified of this lawsuit yesterday when a news reporter from KHOU emailed asking for a comment and a copy of this lawsuit was attached. I still have not been served. I have spent all day trying to find an attorney to represent this nonprofit organization. Unfortunately, with such extremely limited notice, no one is able to be there on Monday at 12:00. I am respectfully asking for a continuance of five days so I may be able to secure legal representation for my organization.

I appreciate your consideration of my request.

Sincerely,

Bryan Cotton