**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Pride Houston, Inc.

v.  Case Number: 4:23−cv−04065

The New Faces of Houston Pride, Inc.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/3/2023

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   October 28, 2023

Nathan Ochsner, Clerk