IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PRIDE HOUSTON, INC., | § |
| Plaintiff, | § |
| v. | § Case No. 4:23-cv-04065 |
| THE NEW FACES OF HOUSTON PRIDE, INC., | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

Charles B. Walker, Jr. enters his appearance in this matter as counsel for Defendant The New Faces of Houston Pride, Inc. As a registered user of the Court's electronic filing system, counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court.

November 3, 2023

Respectfully submitted,

/s/ Charles B. Walker, Jr.
Attorney-in-Charge:
Charles B. Walker, Jr.
Texas Bar No. 00794808
S.D. Tex. ID No. 19307
charles.walker@nortonrosefulbright.com
Tel: (713) 651-5203
Fax: (713) 651-5246

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System.

*/s/ Charles B. Walker, Jr.*
Charles B. Walker, Jr.
